*tor General Thacher, Assistant Attorney General Young-*
*quist,* and *Messrs. Whitney North Seymour, Sewall Key,*
*John MacC. Hudson,* and *Erwin N. Griswold* for respond-
ent.

No. 139. S. A. WOODS MACHINE CO. *v.* COMMISSIONER
OF INTERNAL REVENUE. October 10, 1932. Petition for
writ of certiorari to the Circuit Court of Appeals for the
First Circuit denied. *Messrs. Paxton Blair* and *Henry
H. Dinneen* for petitioner. *Solicitor General Thacher,
Assistant Attorney General Youngquist,* and *Messrs.
Whitney North Seymour, Sewall Key,* and *Francis H.
Horan* for respondent.

No. 140. ST. LOUIS-SAN FRANCISCO RY. CO. *v.* HOLT, AD-
MINISTRATRIX. October 10, 1932. Petition for writ of
certiorari to the Supreme Court of Oklahoma denied.
*Messrs. M. K. Cruce, Alexander P. Stewart, Edward T.
Miller,* and *Ben Franklin* for petitioner. *Mr. O. A. Cargill*
for respondent.

No. 142. MEMPHIS UNION STATION CO. ET AL. *v.* HART-
MAN, JUDGE. October 10, 1932. Petition for writ of cer-
tiorari to the Supreme Court of Missouri denied. *Messrs.
Thomas J. Cole, Edward J. White,* and *John W. Canada*
for petitioners. *Mr. Wm. H. Douglass* for respondent.

No. 143. CONSOLIDATED INDEMNITY & INSURANCE CO.
*v.* W. A. SMOOT & CO., INC., ET AL. October 10, 1932.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Fourth Circuit denied. *Mr. P. J. J. Nico-
laides* for petitioner. *Mr. Bynum E. Hinton* for respond-
ents.